IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAUREL E. TURPEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-2596-CM |
| | ) |
| ARBY'S #5-6012, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff's application for leave to file and continue this action without payment of fees or costs **(ECF doc. 3)** is hereby granted.

If not previously provided, plaintiff is directed to provide the addresses of the named defendant by no later than **September 16, 2016**, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

Copies of this order shall be served on the pro se plaintiff by regular and certified mail.

IT IS SO ORDERED.

Dated August 30, 2016, at Kansas City, Kansas.

    s/ James P. O'Hara
    James P. O'Hara
    U. S. Magistrate Judge

O:\ORDERS\16-2596-CM-3.wpd